IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRUCE M. WHITE | * | |
| Plaintiff | * | |
| v. | * | |
| BALTIMORE COUNTY, MARYLAND, et al. | * | Civil Action No.: WMN-00CV3773 |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \*  \* \* \* \* \* \* \*

## ORDER

Upon consideration of the motion filed by Defendant, Baltimore County, and upon consideration of the Opposition thereto, if any, IT IS, this 4th day of April, 2001, by the United States District Court for the District of Maryland,

**ORDERED**:

1. That the motion to bifurcate and stay discovery **BE**, and the same hereby **IS, GRANTED**;

2. That Chief Sheridan's motion to dismiss **BE**, and the same hereby **IS, GRANTED**.

3. That discovery shall proceed as to all other parties; and

4. That the Clerk mail copies of this Order to all counsel of record.

*William M. Nickerson*
William M. Nickerson
U.S. District Court Judge

H|etf:Whitcordhtfur