LAW OFFICES OF

## SISKIND, GRADY, ROSEN, HOOVER & LEVIN, P.A.

JEFFERSON BUILDING
TWO EAST FAYETTE STREET
BALTIMORE, MD 21202

TELEPHONE
(410) 539-6606, BALTIMORE, MD
(202) 887-0843, WASHINGTON, D.C.
TELEFAX NO. (410) 332-0269
E-Mail: sgrhpa @ aol.com

ARVIN E. ROSEN
DENNIS J. HOOVER
BRUCE D. BROWN
BARRY F. LEVIN (DC, MD)
THOMAS D. RENDA (VA, DC, MD)
DANIEL E. SYKES
CINDY R. DIAMOND
ANNE L. JOHNSON

BRUCE H. POWELL
BRUCE L. SHAPIRO

A. HERMAN SISKIND (1889-1964)
FRANCIS B. BURCH (1918-1987)

COUNSEL TO THE FIRM
WILLIAM L. SISKIND

OF COUNSEL
J. HAROLD GRADY
HARRY S. SHAPIRO
DANIEL H. BORINSKY (VA)
JEFFREY M. SISKIND (MD, FL, NM, DC)

April 19, 2001

U.S. District Court for District of Maryland
301 West Lombard Street
Baltimore, MD 21201

Re: **White v. Baltimore County, et al.**
**Case No. 00-CV-3773**

Dear Sir/Madam:

I am writing to you as one of the attorneys for the Plaintiff in the above matter. We previously served most, if not all, of the Defendants, but some of the Defendants served did not file Answers.

Unfortunately, my office did not file proof of service in order to have a record in the Court file.

Therefore, I would like to re-serve the Defendants who have not filed Answers so that I might be able to clear the record in this matter.

Thanking you for your kind cooperation, I remain

Very truly yours,

HARRY S. SHAPIRO

HSS:ms

cc: Jeffrey Grant Cook, Esquire
    Michael J. Moran, Esquire

HShapiro\White.CourtLtr.41901

" APPROVED " THIS 20th DAY OF April, 2001

UNITED STATES DISTRICT JUDGE