# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRUCE M. WHITE** | * | |
| Plaintiff | * | |
| vs. | * | Civil No.: WMN-00-3773 |
| **TIMOTHY BARSHINGER** | * | |
| **BRIAN CROMER** | * | |
| Defendants | * | |

\*\*\*\*\*\*

## ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendants within 120 days after the filing of the complaint, it is, this ___1st___ day of ___May___ 2001,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to **Timothy Barshinger** and **Brian Cromer**, without prejudice, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

William M. Nickerson
United States District Judge

U.S. District Court (Rev. 1/2000)

