IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRUCE M. WHITE** | * | |
| Plaintiff | * | |
| . | * | |
| **BALTIMORE COUNTY, MARYLAND,** et al. | * | Civil Action No.: WMN- 00CV3773 |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL

Notice is hereby given of the withdrawal of Virginia W. Barnhart as counsel to be effective May 31, 2001. Jeff G. Cook, Assistant County Attorney, will continue as counsel for the Defendant.

Respectfully submitted,

*Virginia W. Barnhart*
VIRGINIA W. BARNHART
County Attorney
Courthouse, Second Floor
400 Washington Avenue
Towson, Maryland 21204
Attorney for Defendant

" APPROVED " THIS 9th DAY
OF May, 2001
_____
UNITED STATES DISTRICT JUDGE

## NOTICE OF SERVICE

I hereby certify that on this ___8th___ day of ___May___, 2001, a copy of Defendant's Notice of Withdrawal was mailed, postage prepaid, to:

Harry S. Shapiro, Esquire
400 Pennsylvania Avenue
Towson, MD 21204
Attorney for Plaintiff

Michael J. Moran
401 Alleghany Avenue
Towson, MD 21204
Attorney for Plaintiff

*Virginia W. Barnhart*
VIRGINIA W. BARNHART
County Attorney

-2-