IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRUCE WHITE | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN-00CV3773 |
| BALTIMORE COUNTY, MARYLAND | * | |
| Defendant | * | |



JUDGE WILLIAM M. NICKERSON

### NOTICE OF WITHDRAWAL

Notice is hereby given of the withdrawal of Michael J. Moran, Esquire and the law offices of Michael J. Moran, P.C. effective immediately. Harry S. Shapiro, Esquire will continue as counsel for the Plaintiff.

Michael J. Moran, Esquire
401 Allegheny Avenue
Towson, Maryland 21204
(410) 828-4800

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of May, 2001, a copy of the foregoing Notice of Withdrawal was mailed, first class, postage prepaid, to Harry S. Shapiro, 400 Pennsylvania Avenue, Towson, Maryland 21204 and to Jeffrey G. Cook, Assistant County Attorney, 400 Washington Avenue, Towson, Maryland 21204.

Michael J. Moran, Esquire

"APPROVED" THIS ___ DAY OF June, 2001

_____
UNITED STATES DISTRICT JUDGE