IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRUCE M. WHITE                    *

    Plaintiff                    *    Case No. WMN-00-3773

vs.                               *

BALTIMORE COUNTY, MARYLAND, et al.   *

    Defendants                   *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER TO GRANT EXTENSION OF TIME FOR ANSWER TO DEFENDANTS' MOTION TO DISMISS

Now upon an the Motion to Grant Extension of Time requested by the attorney for the Plaintiff, it is hereby ORDERED this ___11th___ day of ___June___, 2001 by the United States District Court for the District of Maryland that approval is hereby granted for the extension of time for an Answer to the Motion to Dismiss to and including June 15, 2001.

_____
JUDGE

cc: Jeffrey Grant Cook, Attorney for the Defendants, 400 Washington Avenue, 2nd Floor, County Office Building, Towson, Maryland 21204

    Harry S. Shapiro, Attorney for the Plaintiff, 2 East Fayette Street, Jefferson Building, Baltimore, Maryland 21202

HShapiro\White.Order.6801