IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRUCE M. WHITE** | * |
| Plaintiff | *  Case No. WMN-00-3773 |
| vs. | * |
| **BALTIMORE COUNTY, MARYLAND, et al.** | * |
| Defendants | * |

*********************************************************************

### ORDER TO STRIKE THE APPEARANCE OF HARRY S. SHAPIRO AS ATTORNEY FOR THE PLAINTIFF BRUCE M. WHITE

Now upon the Motion of Harry S. Shapiro, with the attachment relating to the intent of Mr. Bruce M. White, and the letter previously sent to Mr. White, attached hereto, it is hereby ORDERED this _16th_ day of _January_, 2002 by the United States District Court for the District of Maryland that the appearance of Harry S. Shapiro, in this proceeding on behalf of Mr. Bruce M. White is hereby stricken subject to the right of Mr. Shapiro to file a Motion for fees and expenses in the event that any Judgment is entered in this matter in favor of Bruce M. White.

_____
JUDGE

HShapiro.WhiteOrder.122701