IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRUCE M. WHITE

v.

BALTIMORE COUNTY, MARYLAND, et al.

: Civil Action WMN-00-3773

## ORDER

Pursuant to the foregoing Memorandum, and for the reasons stated therein, IT IS this 27th day of February, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant Taylor's Motion for Summary Judgment (Paper No. 11) is hereby GRANTED; and

2. That Defendants Cromer and Barshinger's Motion to Dismiss (Paper No. 14) is hereby GRANTED; and

3. That Plaintiff's claims against Defendant Baltimore County are DISMISSED; and

4. That the Clerk of the Court CLOSE this case; and

5. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to Plaintiff and all counsel of record.

William M. Nickerson
United States District Judge